IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

CHRISTOPHER J. GIERSBERG,

Plaintiff,

CASE NO.:  21-1425-CA

vs.

BERIC KEITH RICHARDS and
RSB EXPRESS, INC.,

Defendants.
_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant, RSB EXPRESS, INC., hereby files its Notice of Removal of this cause, a copy of which is attached, from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court, Northern District of Florida, Tallahassee Division.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this 15th day of September, 2021.



EXHIBIT
A

LUKS, SANTANIELLO, PETRILLO
COHEN & PETERFRIEND
6265 OLD WATER OAK ROAD, SUITE 201
TALLAHASSEE, FL 32312
Telephone:  (850) 385-9901
Facsimile:  (850) 727-0233

By:_____
    Tabitha G. Jackson
    Florida Bar No.:  115729
    LUKSTALLY-Pleadings@LS-Law.com

## SERVICE LIST

*Attorney for Plaintiff:*
Jordan Reeves Brooks, Esq.
DOTHAN LAW GROUP, LLC
344 North Oates Street
Dothan, Alabama 36303
Phone: (334) 793-4354
Fax: (334) 699-7435
Jordan@dothanlawgroup.com
Kaley@dothanlawgroup.com

IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

CHRISTOPHER GIERSBERG,

      Plaintiff,

v.

BERIC KEITH RICHARDS and RSB
EXPRESS, INC.,

      Defendants

_____ //

CASE NO.: 2021 CA 001425

### DEFENDANT'S, RSB EXPRESS, INC., ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL TO PLAINTIFF'S COMPLAINT

Defendant, RSB EXPRESS, INC, by and through undersigned counsel, and pursuant to Rule 1.110, Florida Rule of Civil Procedure, hereby serves its Answer, Affirmative Defenses, and Demand for Jury Trial to Plaintiff's Complaint, as follows:

### ANSWER

1.      Denied as phrased. Admitted that the Plaintiff has brought the instant suit in this Court. Denied that any action occurred on this Defendant's behalf warranting this suit. Denied that any action, inaction, omission, or otherwise occurred on this Defendant's behalf warranting this suit. Denied that any monies, insurance benefits, insurance proceeds, costs, fees, or otherwise are owed from this Defendant to Plaintiff. Denied that Plaintiff has pleas the requisite jurisdictional requirements as noted in § 34.01, Florida Statutes.

### COUNT ONE
### NEGLIGENCE AGAINST BERIC KEITH RICHARDS AND RSB EXPRESS, INC.

2.      Without knowledge, therefore denied.

3.      Upon information and belief known at the time, admitted.

4.      Denied as phrased. Admitted that Defendant RSB Express, Inc. is a Florida Corporation. Denied as to remaining allegations.

5.      Denied as phrased. Admitted that RSB Express, Inc. was record owner of the truck with tag number 0971CL on August 25, 2020. Admitted that Defendant Beric Richards was operating said truck on that date. Denied as to remaining allegations.

6.      Allegations 6, including all sub paragraphs (a) through (c) are denied with strict proof demanded thereof.

7.      Without knowledge of Plaintiff's alleged injuries, therefore denied. Denied as to remaining allegations.

## AFFIRMATIVE DEFENSES

1.      Defendant states that the Plaintiff, Christopher Giersberg, was in whole or in part negligent, and the Plaintiff's own negligence was the proximate cause of his alleged injuries. Accordingly, any recovery should be barred or reduced on the theory of comparative negligence.

2.      Defendant states that Plaintiff's claims were caused by the intervening actions of parties not under this Defendant's control. Therefore, any recovery against this Defendant should be barred or reduced accordingly.

3.      Defendant states that Plaintiff, Christopher Giersberg, failed to mitigate his damages, if any, and is therefore not entitled to recovery of any damages which could have been mitigated. This includes the defense that he purposely over-treated and submitted to unnecessary medical treatment.

4.      Defendant states that the Plaintiff has been compensated by collateral sources and that any recovery herein should be reduced by the payments Plaintiff has received from any and all collateral sources.

5.      Defendant alleges entitlement to immunity from liability for the amount of any deductible selected by the Plaintiff or by which Plaintiff is bound pursuant to any applicable automobile insurance agreement providing personal injury protection coverage.

6.      Defendant claims all benefits that are available pursuant to the case of <u>Fabre vs. Marin,</u> 623 So.2d 1182 (Fla.1993), with regard to any negligence found by the jury regarding unidentified non-parties.

7.      Defendant claims all benefits that are available according to Florida Statutes §768.041, §768.31, and §768.81.

8.      Defendant hereby asserts and claims all defenses entitled to it according to §768.36.

9.      Defendant states that any recovery should be reduced or barred by any settlement, judgment, or payment of any kind by any individual or entity in connection with the subject matter of the incident described in the Complaint.

10.      Defendant states that any recovery should be reduced or barred to the extent of available insurance coverage, including benefits available through any guarantee association or other governmental authority, available to any individual or entity which may be wholly or partially responsible for the damages alleged in connection with the subject matter of the incident described in the Complaint.

## **DEMAND FOR JURY TRIAL**

Defendant demands a jury trial on all issues so triable.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this 15th day of September, 2021.

LUKS, SANTANIELLO, PETRILLO,
COHEN & PETERFRIEND
6265 Old Water Oak Road, Suite 201
Tallahassee, FL 32312
Telephone:  (850) 385-9901
Facsimile:  (850) 727-0233

By:

Tabitha G. Jackson
Florida Bar No.:  115729
Tjackson@LS-Law.com

## SERVICE LIST

*Attorney for Plaintiff:*
Jordan Reeves Brooks, Esq.
DOTHAN LAW GROUP, LLC
344 North Oates Street
Dothan, Alabama 36303
Phone: (334) 793-4354
Fax: (334) 699-7435
Jordan@dothanlawgroup.com
Kaley@dothanlawgroup.com

IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

CHRISTOPHER GIERSBERG,

       Plaintiff,

v.

BERIC KEITH RICHARDS and RSB
EXPRESS, INC.,

       Defendants

_____//

CASE NO.:  2021 CA 001425

## AMENDED NOTICE OF DESIGNATION OF E-MAIL ADDRESS

Defendant, RSB EXPRESS, INC., by and through the undersigned counsel, hereby files this Notice of Designation of E-mail Address pursuant to Fla. R. Jud. Admin. 2.516, and notifies all parties that the following e-mail address is the designated e-mail address for service of all pleadings or other documents required to be served in this matter.

LUKSTALLY-Pleadings@LS-Law.com

**\*\*THIS EMAIL ADDRESS IS FOR THE SERVICES OF COURT DOCUMENTS <u>ONLY</u>.  ALL OTHER COMMUNICATIONS SHOULD BE DIRECTED TO THE ATTORNEY OF RECORD.\*\***

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this 15th day of September, 2021.

> LUKS, SANTANIELLO, PETRILLO,
> COHEN & PETERFRIEND
> 6265 Old Water Oak Road, Suite 201
> Tallahassee, FL 32312
> Telephone: (850) 385-9901
> Facsimile: (850) 727-0233
>
> By:
>
> Tabitha G. Jackson
> Florida Bar No.: 115729
> Tjackson@LS-Law.com

## SERVICE LIST

*Attorney for Plaintiff:*
Jordan Reeves Brooks, Esq.
DOTHAN LAW GROUP, LLC
344 North Oates Street
Dothan, Alabama 36303
Phone: (334) 793-4354
Fax: (334) 699-7435
Jordan@dothanlawgroup.com
Kaley@dothanlawgroup.com

IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

CHRISTOPHER GIERSBERG,

      Plaintiff,                           CASE NO.:  2021 CA 001425

v.

BERIC KEITH RICHARDS and RSB
EXPRESS, INC.,

      Defendants

_____//

## **AMENDED NOTICE OF APPEARANCE**

      The Law Firm of LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND and

Attorney TABITHA G. JACKSON, hereby files this Notice of Appearance as Counsel for

Defendant, RSB EXPRESS, INC., herein and requests service of all pleadings, notices and other

papers in this matter.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this 15th day of September, 2021.

LUKS, SANTANIELLO, PETRILLO,
COHEN & PETERFRIEND
6265 Old Water Oak Road, Suite 201
Tallahassee, FL 32312
Telephone:  (850) 385-9901
Facsimile:  (850) 727-0233

By:

Tabitha G. Jackson
Florida Bar No.:  115729
Tjackson@LS-Law.com

## SERVICE LIST

*Attorney for Plaintiff:*
Jordan Reeves Brooks, Esq.
DOTHAN LAW GROUP, LLC
344 North Oates Street
Dothan, Alabama 36303
Phone: (334) 793-4354
Fax: (334) 699-7435
Jordan@dothanlawgroup.com
Kaley@dothanlawgroup.com

Filing # 132826104 E-Filed 08/17/2021 11:57:01 AM

IN THE CIRCUIT COURT OF THE ___Second___ JUDICIAL CIRCUIT,
IN AND FOR _____Leon_____ COUNTY, FLORIDA

Case No.: 2021 CA 001425
Division: Circuit Civil

CHRISTOPHER GIERSBERG,
                          Plaintiff,

        and

BERIC KEITH RICHARDS and
RSB EXPRESS, INC.
                          Defendants.

## SUMMONS: PERSONAL SERVICE ON A BUSINESS/REGISTERED AGENT

TO: RSB Express, Inc.-Registered Agent- BAJRAMOVIC, SABAHUDIN

*Address:* 4245 St. Augustine Rd., Suite 3, Jacksonville, FL 32207

### IMPORTANT

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
*{street address}* 301 S Monroe St, Tallahassee, FL 32301.
A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*{Name and address of party serving summons}* Jordan Reeves Brooks, 344 North Oates Street, Dothan, AL 36303.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____



CLERK OF THE CIRCUIT COURT

By: _____        8/18/2021
    Deputy Clerk

Filing # 132826104 E-Filed 08/17/2021 11:57:01 AM

IN THE CIRCUIT COURT OF THE  Second   JUDICIAL CIRCUIT,
IN AND FOR _____Leon_____ COUNTY, FLORIDA

Case No.: 2021 CA 001425
Division: Circuit Civil

CHRISTOPHER GIERSBERG,
                    Plaintiff,

        and

BERIC KEITH RICHARDS and
RSB EXPRESS, INC.,
                    Defendants.

## SUMMONS: PERSONAL SERVICE ON A BUSINESS/REGISTERED AGENT

TO: RSB Express, Inc.-Registered Agent- BAJRAMOVIC, SABAHUDIN

*Address:* 4245 St. Augustine Rd., Suite 3, Jacksonville, FL 32207

### IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
*{street address}* 301 S Monroe St, Tallahassee, FL 32301.
A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

*{Name and address of party serving summons}* Jordan Reeves Brooks, 344 North Oates Street, Dothan, AL 36303.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____



CLERK OF THE CIRCUIT COURT

By: _____   8/18/2021

Deputy Clerk

Filing # 132401297 E-Filed 08/10/2021 04:02:47 PM

IN THE CIRCUIT COURT,
SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY,
FLORIDA

CASE NO:   2021 CA 001425
DIVISION:

CHRISTOPHER GIERSBERG,                      )
                                             )
      Plaintiff,                          )
                                             )
v.                                           )
                                             )          JURY TRIAL REQUESTED
BERIC KEITH RICHARDS                         )
AND INDIVIDUALLY, and                        )
RSB EXPRESS INC..,                           )
                                             )
      Defendants.                         )

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, CHRISTOPHER GIERSBERG, sues the Defendants, BERIC KEITH RICHARDS ("RICHARDS"), RSB EXPRESS INC. ("RSB"), and alleges:

1.    This is an action for damages in excess of $ 15,000.00, exclusive of interest, costs, and attorney's fees.

## COUNT ONE

## NEGLIGENCE AGAINST BERIC KEITH RICHARDS AND RSB EXPRESS, INC..

2.    At all times material hereto, Plaintiff, Christopher Giersberg was and is a resident of Houston County, Alabama.

3.    At all times material hereto Defendant, Beric Keith Richards, was and is a resident of Duval County, Florida.

COMPLAINT                                      Page 1 of 3

4.     At all times material hereto Defendant, RSB Express, Inc. was and is a Florida Corporation licensed to do business in the State of Florida and was doing business in Leon County, Florida.

5.     On or about August 25, 2020, Defendant RSB was the owner of the 2010 Semi-Trailer Truck, tag number 0971CL, that was being operated at his consent by Defendant, Richards, while in the line and scope of his employment with RSB Express, Inc. in Tallahassee, Florida at the time of the incident described herein.

6.     At that time and place Defendant Richards while in the line and scope of his employment with Defendant RSB negligently, recklessly, and wantonly operated the motor vehicle so that it collided with the plaintiff's motor vehicle.

(a)     Defendant, Lord, failed to maintain a proper lookout when attempting to merge into and entering the roadway into oncoming traffic.

(b)     Defendant, Lord, failed to observe surrounding conditions.

(c)     Defendant was not paying sufficient attention resulting in him pulling his vehicle out in front of the Plaintiff's oncoming vehicle.

7.     As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previous existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and he lost the use of it during the period required for its repair or replacement.

COMPLAINT

**WHEREFORE,** Plaintiff demands judgment for compensatory damages against defendants and further demands a trial by jury of all issues so triable.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues in this matter, pursuant to Florida Law.

Dated this 10th day of August, 2021.

**DOTHAN LAW GROUP, LLC**



**JORDAN REEVES BROOKS,**
Attorney for Plaintiff
344 North Oates Street
Dothan, Alabama 36303
(334) 793-4354 (Phone)
(334) 699-7435 (Fax)
Florida Bar No. 1000432

**SERVE DEFENDANTS BY CERTIFIED MAIL AT:**

Beric Keith Richards
1708 Leonid Rd.,
Jacksonville, Florida 32421

RSB Express, Inc.
4245 St. Augustine Rd.
Suite 3
Jacksonville, FL 32207

COMPLAINT                                                      Page 3 of 3

Filing # 132401297 E-Filed 08/10/2021 04:02:47 PM

IN THE CIRCUIT COURT,
SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY,
FLORIDA

CASE NO:    2021 CA 001425
DIVISION:

CHRISTOPHER GIERSBERG,          )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )          JURY TRIAL REQUESTED
BERIC KEITH RICHARDS            )
AND  INDIVIDUALLY, and          )
RSB EXPRESS INC.,               )
                                )
        Defendants.             )

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT RSB EXPRESS, INC.

Comes now the Plaintiff in the above styled cause and, pursuant to Rule 1.340 of the FLORIDA RULES OF CIVIL PROCEDURE, propounds to Defendant Mark Peacock the following Interrogatories to be answered within the time period allowed by the FRCP.

In answering these Interrogatories *you* are requested to furnish all information available to *you*, including information in the possession of *your* attorney or any person acting on *your* behalf, and not merely such information as is known of *your* own knowledge. If *you* cannot answer any particular Interrogatory or Interrogatories in full, after exercising due diligence to secure the information sought, so state in the answer to the extent possible, specifying *your* inability to answer the remainder.

## TABLE OF DEFINITIONS

The Plaintiff sets forth the following definitions of various words and phrases that are contained in the following Interrogatories. The Plaintiff provides the following definitions for the purpose of clarifying the meaning of various words and phrases contained herein in order to help the Defendant understand the objectives of Plaintiff's discovery efforts and to locate and furnish the relevant information and materials. It is therefore expressly stipulated and agreed by the Plaintiff that an affirmative response on the part of the Defendant will not be construed as an admission that any definition contained herein is either factually correct or legally binding on the Defendant.

(A)   The term *"your employee"* as used hereinafter in these Interrogatories is intended to refer to Beric Keith Richards.

(B)   The term *"you"* or *"your"* as used hereinafter is these Interrogatories is intended to refer to RSB Express, Inc., and its employees, agents or representatives of said corporation.

(C)   The term *"subject vehicle"* or *"your vehicle"* as used hereinafter in these Interrogatories is intended to refer to the motor vehicle that *Beric Keith Richards* was operating on or about **August 25, 2020**, involved at the time of the events described in the Complaint.

---

## INTERROGATORIES

1.   Please identify and describe each and every insurance policy providing any liability coverage for *your employee* Beric Keith Richards as a driver of a motor vehicle that has or may have any application to the crash on August 25, 2020, made the basis of this action. Provide the extent of any and all such coverage and include policy numbers along with issuing insurer, with contact information and addresses.

**ANSWER:**

2.  List the names and addresses of all persons believed or known by *you, your employee* agents or attorneys, who have any knowledge concerning any of the issues raised by the pleadings and specify the subject matter about which such person has knowledge.

    **ANSWER:**

3.  Did any mechanical defect in the *subject vehicle your employee* was driving at the time of the accident contribute to the occurrence of the accident?  If so:

    (a)  What was the nature of the defect?

    (b)  What part malfunctioned and how?

    (c)  When was the last time prior to this incident that the part had malfunction (include a detailed explanation of how the incident occurred and how the problem was remedied)?

    **ANSWER:**

4.  Was *your employee* suffering from any physical infirmity, disability or sickness at the time of the accident made the basis of this claim?  If so, provide a full and complete description of any such condition, including its nature, extent and severity.

    **ANSWER:**

5.  Please state the name and address of all expert witnesses or professional consultant retained or consulted by *you* or on *your* behalf to make an evaluation or investigation of the cause of the occurrence giving rise to the lawsuit or the damages sustained by *you*.

    **ANSWER:**

6.   Please identify each expert expected to testify at trial and state the subject matter the expert is expected to testify about, the substance of the facts and opinions to which the expert is expected to testify, and give a summary of the grounds for each opinion.

   ANSWER:

   Dated this 10th day of August, 2021.

                                        DOTHAN LAW GROUP, LLC

                                        

                                        _____
                                        JORDAN REEVES BROOKS,
                                        Attorney for Plaintiff
                                        344 North Oates Street
                                        Dothan, Alabama 36303
                                        (334) 793-4354 (Phone)
                                        (334) 699-7435 (Fax)
                                        Florida Bar No. 1000432

TO BE SERVED WITH THE COMPLAINT.

Filing # 132401297 E-Filed 08/10/2021 04:02:47 PM

IN THE CIRCUIT COURT,
SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY,
FLORIDA

CASE NO:    2021 CA 001425
DIVISION:

CHRISTOPHER GIERSBERG,                )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )        JURY TRIAL REQUESTED
BERIC KEITH RICHARDS                  )
AND INDIVIDUALLY, and                 )
RSB EXPRESS INC.,                     )
                                      )
        Defendants.                   )
                                      )

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS
## TO DEFENDANT RSB EXPRESS, INC.

Comes now the Plaintiff in the above styled cause and, pursuant to Rule 1.370 of the

FLORIDA RULES OF CIVIL PROCEDURE, propounds to RSB EXPRESS, INC., the following

Request for Admissions to be responded to within the time period allowed by law.

In answering these Requests *you* are requested to furnish all information available to

*you*, including information in the possession of *your* attorney or any person acting on *your*

behalf, and not merely such information as is known of *your* own knowledge. If *you* cannot

respond to any particular Request in full, after exercising due diligence to secure the

information sought, so state in the response to the extent possible, specifying *your* inability

to respond to the remainder.

## TABLE OF DEFINITIONS

The Plaintiff sets forth the following definitions of various words and phrases that are contained in the following Requests. The Plaintiff provides the following definitions for the purpose of clarifying the meaning of various words and phrases contained herein in order to help the Defendant understand the objectives of Plaintiff's discovery efforts and to locate and furnish the relevant information and materials. It is therefore expressly stipulated and agreed by the Plaintiff that an affirmative response on the part of the Defendant will not be construed as an admission that any definition contained herein is either factually correct or legally binding on the Defendant.

(A)    The term *"employee"* as used hereinafter in these Interrogatories is intended to refer to Beric Keith Richards.

(B)    The term *"you"* or *"your"* as used hereinafter is these Interrogatories is intended to refer to RSB Express, Inc., and its employees, agents or representatives of said corporation.

(C)    The term *"subject vehicle"* or *"your vehicle"* as used hereinafter in these Interrogatories is intended to refer to the motor vehicle that was operated by *your employees or agents* on or about August 25, 2020, involved at the time of the events described in the Complaint.

---

## REQUEST FOR ADMISSIONS

Pursuant to Rule 1.370 of the FLORIDA RULES OF CIVIL PROCEDURE, please admit or deny the following:

1.   On or about August 25, 2020, your employee Beric Keith Richards was a permissive user of a vehicle owned by RSB Express, Inc.

   **RESPONSE:**

2.   That on or about August 25, 2020, Beric Keith Richards was involved in a collision with the Plaintiff's vehicle.

   **RESPONSE:**

3. That Boric Keith Richards was acting in the line and scope of *his* employment with RSB Express, Inc., at the time when he struck CHRISTOPHER GIERSBERG.

   **RESPONSE:**

4. That CHRISTOPHER GIERSBERG was injured as a direct and proximate result of *your employee's* negligence.

   **RESPONSE:**

5. That CHRISTOPHER GIERSBERG did not commit any negligent act that contributed to his injuries.

   **RESPONSE:**

6. That *you have* been properly named as a party defendant insofar as the legal designation of *your* name.

   **RESPONSE:**

7. That *you* have been properly served as a party defendant in the present cause.

   **RESPONSE:**

8. That there are no other known indispensable parties who should be joined as co-defendants in this case.

   **RESPONSE:**

9. That the *subject vehicle* operated by Beric Keith Richards on or about August 25, 2020, was owned by *you and/or your company*..

RESPONSE:


10. That *your employee* was under a duty to take reasonable measures to ensure he operated *subject vehicle* with due care under the circumstances in such a manner as to prevent CHRISTOPHER GIERSBERG from being harmed.

RESPONSE:


11. That CHRISTOPHER GIERSBERG did not assume the risk of being injured.

RESPONSE:


Dated this 10th day of August, 2021.


DOTHAN LAW GROUP, LLC



_____
JORDAN REEVES BROOKS,
Attorney for Plaintiff
344 North Oates Street
Dothan, Alabama 36303
(334) 793-4354 (Phone)
(334) 699-7435 (Fax)
Florida Bar No. 1000432


TO BE SERVED WITH THE COMPLAINT.

Filing # 132401297 E-Filed 08/10/2021 04:02:47 PM

IN THE CIRCUIT COURT, SECOND
JUDICIAL CIRCUIT, IN AND FOR
LEON COUNTY,
FLORIDA

CASE NO:      2021 CA 001425
DIVISION:

CHRISTOPHER GIERSBERG,     )

    Plaintiff,          )
                      )
v.                        )
                      )     JURY TRIAL REQUESTED
BERIC KEITH RICHARDS     )
AND  INDIVIDUALLY, and     )
RSB EXPRESS INC..,        )
                      )
    Defendants.        )

## PLAINTIFF'S FIRST REQUEST FOR
## PRODUCTION OF DOCUMENTS TO DEFENDANT RSB EXPRESS INC.

Comes now the Plaintiff in the above styled cause and, pursuant to Rule 1.350 of the
FLORIDA RULES OF CIVIL PROCEDURE, requests that Defendant RSB EXPRESS, INC., produce the
following documents for inspection and copying:

----------------------------------------

## TABLE OF DEFINITIONS

Plaintiff sets forth the following definition of various words and phrases that are contained
in the attached Requests for Discovery.  Plaintiff provides the following definitions for the purpose
of clarifying the meaning of various words and phrases contained herein in order to help the
Defendant understand the objectives of Plaintiffs discovery efforts and to locate and furnish the
relevant information and materials.  It is therefore expressly stipulated and agreed by the Plaintiff
that an affirmative response on the part of the Defendant will not be construed as an admission that
any definition contained herein is either factually correct or legally binding on the Defendant.

.1

(A)     The term *"defendant driver"* as used hereinafter in these Interrogatories is intended to refer to Beric Keith Richards.

(B)     The term *"you"* or *"your"* as used hereinafter is these Interrogatories is intended to refer to RSB Express, Inc., and its employees, agents, or representatives of said corporation.

(C)     The term *"document"* as used hereinafter in these Interrogatories is intended to refer to any medium by which information is recorded including "papers" of any kind or character, photographs, video tapes and any method or medium by which information is utilized by computers. In addition to a copy of the original of any such requested *documents*, this request should be deemed to include a request for a copy of any and all *studies*, reports, memos, interoffice communications or writings, by whatever name called, which relate to the original, specifically including any material underlying, supporting or used in the preparation of any such *document*; and any and all attachments to the original and any and all *documents* referred to in the original; and any and all subsequent additions, deletions, substitutions, amendments or modifications to the original of any sort.

(D)     Unless otherwise specified, Plaintiff requests that all requests cover the time period from 2000 to the present.

## DOCUMENTS TO BE PRODUCED

1.      Please provide copies of any statements obtained by you from any witnesses or any other individual pertaining to the assault, which is the subject matter of this lawsuit.

2.      Please provide copies of any and all documents, notes, investigative reports, memoranda, correspondence or statements now in the possession of your insurance carrier, and said items obtained prior to this lawsuit and said items prepared in the ordinary course of the insurance company's business.

3.      All documents reflecting or evidencing the occurrence made the basis of this lawsuit and generated and/or produced by you.

4.      All documents obtained from the Plaintiff and/or Plaintiff's agents at any time following the occurrence made the basis of this lawsuit.

5.      All correspondence to you or anyone on your behalf from the Plaintiff or anyone on the Plaintiff's behalf.

2

6.     All correspondence from you or anyone on your behalf to the Plaintiff or anyone on the Plaintiff's behalf.

7.     Any photograph(s), videotapes or other photographic reproductions in the possession of your insurance carrier, your attorney, or yourself of the scene of the accident or the vehicle(s) involved. Photocopies of such photos or copies of videotapes may be produced in lieu of the positive prints.

8.     All charts, diagrams, videotapes, and other illustration of any person, place or thing involved in this lawsuit, giving the date each was made and the name and address of the person(s) with possession, custody or control of each item.   With regard to the videotapes, indicate the dates and times they were taken.

9.     All documents and other tangible things relevant to the issues in this lawsuit or that support your contentions that have not already been identified and give the name and address of the person(s) having possession, custody or control of each thing.

10.     Each and every insurance agreement or policy under which the insurer may be liable to pay all or part of a judgment entered in this action or to reimburse Defendant(s) for payments made to satisfy a judgment in this action.

11.     All repair invoices for parts or labor which relate to any malfunction of or damage to the vehicle involved in the incident made the basis of this action, including any damage incurred or repairs made as a result of the incident made the basis of the action.

12.     Any and all statements given by the *Defendant driver* concerning the accident which occurred on or about August 25, 2020, including but not limited to transcribed statements, copies of un-transcribed tapes, signed and/or unsigned statements given by the Defendant driver.

3

13. Any and all reports by any expert retained and consulted by you with respect to any aspect of the occurrence made basis of this lawsuit.

14. A copy of the *Defendant driver's* cell phone records for the time period at the basis of this action.

15. All documents evidencing or reflecting any physical evaluation of the *Defendant driver*, including, but not limited to vision testing and hearing testing

16. Any and all medical records or other documents relating to any treatment or testing of the *Defendant driver's* hearing.

17. All documents evidencing or reflecting violations of motor vehicle traffic laws and/or ordinances and/or federal motor carrier safety regulation violations which the *Defendant driver* has been charged and/or convicted of during the five (5) years preceding the date of the accident made the basis of this action.

18. Any and all documents evidencing or reflecting training requirements and/or materials prepared, promulgated, maintained, distributed, and/or advocated by the Defendant, RSB Express, Inc., concerning or relating to the operation of their vehicles.

19. All documents evidencing or reflecting complaints, allegations, and/or disciplinary actions concerning the *Defendant driver's* negligent, reckless, and/or wanton operation of any vehicle owned by the Defendant, RSB Express, Inc., within the five (5) years preceding the accident made the basis of this action.

20. Any medical records relating to the treatment of the vision of the Defendant driver.

4

Dated this 10th day of August, 2021.

DOTHAN LAW GROUP, LLC



JORDAN REEVES BROOKS,
Attorney for Plaintiff
344 North Oates Street
Dothan, Alabama 36303
(334) 793-4354 (Phone)
(334) 699-7435 (Fax)
Florida Bar No. J000432

**TO BE SERVED WITH THE COMPLAINT.**

5